JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON A. GRESHAM, | CASE NO.: 2:20-cv-02836- MWF-MAA |
|     Plaintiff, | Assigned to Hon. Michael W. Fitzgerald |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF VERNON A. GRESHAM'S CLAIMS WITHOUT PREJUDICE** |
| C. R. BARD, INC., et al., | |
|     Defendants. | |

ORDER GRANTING STIPULATION OF DISMISSAL

The Court, having examined the foregoing Stipulation of Dismissal of Plaintiff Vernon A. Gresham's claims in the above-captioned matter filed by the parties seeking the dismissal of Vernon A. Gresham's claims, finds that the Agreed Stipulation should be GRANTED.

Accordingly, **IT IS ORDERED**:

1.  The Stipulation of Dismissal of Plaintiff Vernon A. Gresham's Claims Without Prejudice is **GRANTED**.

2.  Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED: September 15, 2021**

_____
Hon. Michael W. Fitzgerald
United States District Judge
Central District of California

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL